### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**FLORIDA DEFENDERS OF THE
ENVIRONMENT, a Florida not-for-profit
Corporation, BRUCE KASTER, and JOSEPH
LITTLE,**

      **Plaintiffs,**

  v.                                 **Case No. 3:17-cv-1128-J-20JBT**

**UNITED STATES FOREST SERVICE,**

      **Defendant.**

_____/

### O R D E R

The matter is before the Court in the Parties' "Joint Motion for Briefing Schedule" (Dkt. 19).

Accordingly, it is **ORDERED**:

The Parties shall submit their briefs for partial dismissal of this case in accordance with the following schedule:

1) The United States Forest Service will submit its Motion for Partial Dismissal no later than **August 20, 2018**;

2) The Plaintiffs will submit their Response to the United States' Motion no later than **September 10, 2018**;

3) The United States will submit its Reply to Plaintiffs' Response no later than **September 24, 2018**.

**DONE AND ENTERED** at Jacksonville, Florida, this _14_ day of July, 2018.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Gennaro John Scibelli, Esq.
Jane West, Esq.
Hayley Carpenter, U.S. Dept. of Justice