UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FLORIDA DEFENDERS OF THE
ENVIRONMENT, a Florida not-for-profit
Corporation, BRUCE KASTER, and
JOSEPH LITTLE,

    Plaintiffs,

v.                                            Case No: 3:17-cv-1128-HES-JBT

UNITED STATES FOREST SERVICE,

    Defendant.
_____/

## **PLAINTIFFS' UNOPPOSED MOTION FOR TELEPHONIC CASE MANAGEMENT CONFERENCE**

Plaintiffs, FLORIDA DEFENDERS OF THE ENVIRONMENT, BRUCE KASTER, JOSEPH LITTLE ("Plaintiffs") hereby respectfully request a telephonic case management conference and state the following:

1. On October 23, 2018, *Federal Defendant's Reply in Support of Federal Defendant's Motion to Dismiss and Response to Plaintiffs' Motion to Strike* was filed. (Doc. 30)

2. April 23, 2019, one-hundred, eighty-days (180) after the filing of *Federal Defendant's Reply in Support of Federal Defendant's Motion to Dismiss and Response to Plaintiffs' Motion to Strike*, undersigned filed a Notice to the Court stating Federal Defendant's Motion to Dismiss has been filed (Doc. 31).

3. On June 18, 2019, over thirty (30) days after the aforementioned notice was filed, a second Notice to the Court to bring the Court's attention the pending dispositive Motion to Dismiss together with the pending Motion to Strike remain undecided. (Doc. 32)

4.	Counsel for Plaintiffs conferred with counsel for Federal Defendant regarding this motion. Counsel for Federal Defendant does not oppose this motion.

WHEREFORE, Plaintiffs respectfully request this Court to conduct a telephonic case management conference to discuss the above-described pending motions.

Respectfully submitted,

**JANE WEST LAW, P.L.**

_____

JANE WEST
Florida Bar No.: 159417
Jane West Law, P.L.
24 Cathedral Place, Ste 504
St. Augustine, FL 32084
(904) 471-0505
jane@janewestlaw.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been electronically filed with the United States District Court, Middle District of Florida, Jacksonville Division and a copy has been furnished by electronic mail to Hayley A. Carpenter, Esquire, P.O. Box 7611, Washington, DC 20044-7611, hayley.carpenter@usdoj.gov, on this 12th day of August, 2019.

_____
JANE WEST