UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FLORIDA DEFENDERS OF THE
ENVIRONMENT, a Florida not-for-profit
Corporation, BRUCE KASTER, and
JOSEPH LITTLE,

    Plaintiffs,

v.                                                      Case No: 3:17-cv-1128-HES-JBT

UNITED STATES FOREST SERVICE,

    Defendant.
_____/

**NOTICE OF WITHDRAWAL OF COUNSEL FOR GENNARO SCIBELLI**

    Counsel for Plaintiffs, FLORIDA DEFENDERS OF THE ENVIRONMENT, et. al. hereby gives notice of withdrawal as counsel for Gennaro Scibelli, Esq. Scibelli is no longer employed at Jane West Law, P.L. and is relieved of any further responsibility in this matter. All further pleadings and papers can be sent to the Plaintiffs' counsel of record, Jane West, Esq., (jane@janewestlaw.com) at the address 24 Cathedral Place, Suite 504, St. Augustine, FL 32084.

    Respectfully submitted,

    **JANE WEST LAW, P.L.**

    _____
    JANE WEST
    Florida Bar No.: 159417
    Jane West Law, P.L.
    24 Cathedral Place, Ste 504
    St. Augustine, FL 32084
    (904) 471-0505
    jane@janewestlaw.com
    *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the foregoing has been electronically filed with the United States District Court, Middle District of Florida, Jacksonville Division and a copy has been furnished by electronic mail to Hayley A. Carpenter, Esquire, P.O. Box 7611, Washington, DC 20044-7611, hayley.carpenter@usdoj.gov, on this 29th day of August, 2019.

                                             JANE WEST